# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON M. LUTZ

NO. 2020 KW 1198

MARCH 2, 2021

---

In Re: Jason M. Lutz, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 79,436.

---

BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.

WRIT DENIED.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT